SUSANNAH R. WALKER
850-462-1516
*swalker@sirote.com*


Sirote & Permutt, PC

June 18, 2018

Frances Hoit Hollinger
P. O. Box 2028
Mobile, AL 36652-2028

Timothy P Burnett
Vicki A Burnett
12901 Fort Lake Road
Grand Bay, AL 36541

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Re: Wells Fargo Bank, N.A.
Loan Number: xxxxxx5507
Case Number: 15-03796-HAC
Property Address: 12901 Fort Lake Rd, Grand Bay, AL 36541-3421

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## WELLS FARGO BANK, N.A.

A Motion for Relief filed on behalf of WELLS FARGO BANK, N.A. resulted in an Order issued by the Bankruptcy Court entered April 18, 2017.

A Notice of Default under the terms of the Order was issued on May 25, 2018. The Notice of Default was not timely cured.

Therefore, pursuant to the terms of the Bankruptcy Court's Order, WELLS FARGO BANK, N.A. considers the automatic stay concerning the above-described collateral to have been terminated due to the Debtors non-compliance.

Please be advised that WELLS FARGO BANK, N.A. believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH   BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727   BIRMINGHAM, ALABAMA 35255-5727

URL | *http://www.sirote.com*

Birmingham | Huntsville | Mobile

Document   Page 1 of 2

Frances Hoit Hollinger
Timothy P Burnett
Vicki A Burnett
Daniel B. O'Brien

June 18, 2018
Page 2

The Proof of Claim(s) filed by the Creditor regarding this debt shall be hereby reduced to the amount already paid.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

*Susannah R. Walker*
**Enslen Crowe**
FOR THE FIRM

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727

URL | *http://www.sirote.com*

Birmingham | Huntsville | Mobile